IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AUGUSTINE OLIVO,

    Petitioner,               No. CIV  S-07-2452 WBS GGH P

    vs.

CONSTANCE REESE, Warden, et al.

    Respondent.[1]             <u>ORDER</u>

_____/

        Petitioner, a federal prisoner proceeding pro se, has filed a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241, regarding the execution of his sentence.[2]  Since petitioner may be entitled to the requested relief, respondent is directed to file an answer within thirty days of the effective date of this order.

        Respondent shall include with the answer any and all transcripts or other

---

[1]  Pursuant to 28 U.S.C. § 2242, petitioner must name as respondent "the person who has custody over him...."  The Ninth Circuit has held that "[t]he proper respondent in a federal habeas corpus petition is the petitioner's 'immediate custodian.'"  <u>Brittingham v. United States</u>, 982 F.2d 378, 379 (9th Cir. 1992).  This is typically the warden of the facility wherein petitioner is incarcerated.  <u>Id</u>.  As petitioner has been transferred since the inception of this action, in future he should name his current custodian as respondent.

[2]  This case was transferred from the Southern District of Mississippi, Western Division, by an Order, filed in this court on 11/15/07 (docket entry # 7).

1

documents relevant to the determination of the issues presented in the petition.  Petitioner's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

        The Clerk of the Court shall serve a copy of this order, together with a copy of the petition (petition docket entry # 1) and supporting memorandum (docket entry # 2), on the United States Attorney or his authorized representative.

        IT IS SO ORDERED.

DATED:  12/10/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS  
UNITED STATES MAGISTRATE JUDGE

GGH:009  
oliv2452.206