IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AUGUSTINE OLIVO,

    Petitioner,               No. CIV S-07-2452 WBS GGH P

    vs.

CONSTANCE REESE, Warden, et al.,

    Respondents.            <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file a response to respondent's motion to dismiss, pursuant to the court's show cause order, filed on March 28, 2008. Petitioner was directed to show cause why the motion to dismiss should not be granted for petitioner's failure to oppose the motion.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's April 23, 2008 request for an extension of time (Docket #14) is granted;

        2. Petitioner is granted thirty days from the date of this order in which both to show cause for his initial failure to respond timely to the pending dismissal motion and to file his response to respondent's motion to dismiss; and

\\\\\

\\\\\

1

1        3. There will be no further extension.

2  DATED: 05/02/08        /s/ Gregory G. Hollows

3                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

4

5  GGH:009/ak
   oliv2452.111

2