IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AUGUSTINE OLIVO,

    Plaintiff,                    No. CIV S-07- 2452 WBS GGH  P

    vs.

CONSTANCE REECE, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff's Motion for Reconsideration, filed October 1, 2008, and renewed January 26, 2009, is hereby referred to the assigned Magistrate Judge for further findings and recommendations in light of plaintiff's representation that the Court of Appeals' opinion in <u>Rodriguez v. Smith</u>, No 07-16014, was filed prior to this court's order of September 15, 2008.

        IT IS SO ORDERED.

DATED:  January 29, 2009

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1